# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Alex Samuel Folk                                    Docket No. 5:04-CR-167-2

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alex Samuel Folk, who, upon an earlier plea of guilty to Interference With Commerce by Threats or Violence (Hobbs Act), 18 U.S.C. § 1951 and Discharging a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, 18 U.S.C. § 924 (c)(1)(A)(iii) and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 14, 2005, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. The defendant shall pay a $200 Special Assessment and $85,021.53 in Restitution.

Alex Samuel Folk was released from custody to the Middle District of Florida, on October 1, 2009, at which time the term of supervised release commenced.

On May 25, 2012, the court was apprised that on April 9, 2012, the releasee was charged with Simple Battery and Criminal Mischief, in Ocala Florida. The court agreed to hold the violation in abeyance until the charges were adjudicated and modified the releasee's conditions to include mental health treatment.

Alex Samuel Folk
Docket No. 5:04-CR-167-2
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 29, 2012, the releasee pled nolo contendere and was adjudicated guilty for the offense of Criminal Mischief. The charge for Simple Battery was not prosecuted by the State. The releasee was sentenced to 30 days jail, credit for 1 day time served. The court suspended the remaining portion of the sentence.

Other than the aforementioned incident, the releasee is compliant with his conditions of release. Considering his overall compliance, the supervising probation officer in Florida has recommended his conditions be modified to include placement in a residential reentry center for a period of 90 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 90 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-648-2048
Executed On: August 8, 2012

Alex Samuel Folk
Docket No. 5:04-CR-167-2
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this __13__ day of __August__, 2012, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge